```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 08-14254-CIV-GRAHAM
                                      (07-14016-CR-GRAHAM)
                              MAGISTRATE JUDGE P.A. WHITE
```

| | |
|---|---|
| JOSEPH CRUTCHLEY, : | |
| Movant, : | |
| v. : | REPORT RECOMMENDING DENIAL CERTIFICATE OF APPEALABILITY MOTION TO VACATE |
| UNITED STATES, : | (DE#22) |
| Respondent. : | |

This Cause is before the Court upon the petitioner's application for certificate of appealability (DE#22), referred to the Undersigned Magistrate Judge.

Upon application for certificate of appealability, the District Court is required to reevaluate the claims presented and if such a certificate is granted, it must state which specific issue or issues satisfy the requirement that the applicant has made a substantial showing of the denial of a constitutional right.  28 U.S.C. §2253(c)(2) and (3).

To merit a certificate of appealability, the appellant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issue he

seeks to raise. See 28 U.S.C. §2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000).

The Undersigned Magistrate Judge entered a detailed Report and Recommendation (DE#16), as well as a Supplemental Report and Recommendation (DE#18), finding no merit in the petitioner's claims. Review of the file in this case reaffirms the conviction of the petitioner. The movant has failed to make a substantial showing of the denial of a constitutional right.

It is therefore recommended that the motion for certificate of appealability be denied. (DE#22)

Objections to this report may be filed with the District Judge within ten days of receipt of this report.

Dated this 6th day of July, 2009.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE


cc:   Joseph Crutchley, Pro Se
      Reg#75908-004
      FCI-Coleman
      PO Box 1031
      Coleman, FL 33521
      Address of record

```
Diana Acosta, AUSA
Office of US Attorney
505 S.2nd St
Suite 200
Ft. Pierce, FL 34950
AUSA of Record
```