UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case No. 08-14254-CIV-GRAHAM

JOSEPH CRUTCHLEY,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Joseph Crutchley's Notice of Appeal [D.E. 21] construed as a motion for a certificate of appealability [D.E. 22].

The Motion for a certificate of appealability was referred to the Honorable United States Magistrate Judge Patrick A. White pursuant to 28 U.S.C. § 636 and the Magistrate Rules for the Southern District of Florida [D.E. 23]. Judge White has issued a Report and Recommendation [D.E. 24], recommending that the motion be denied. Movant thereafter filed objections to the Magistrate Judge's Report [D.E. 23].

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 18] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that the Notice of Appeal [D.E. 21], construed as a motion for a certificate of appealability [D.E. 22] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that the Motion to Proceed in Forma Pauperis [D.E. 27] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of July, 2009.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Patrick A. White
    Joseph Crutchley, Pro Se
    Counsel of Record